IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRENT WEST : 
    Plaintiff,

v. : CIVIL ACTION
NO. 17-1592

DAN LEPORE & SONS COMPANY., :
and ALDO CIANCIULLI, *Individually*
    Defendants.

# ORDER

AND NOW, this 14th day of March, 2019, upon consideration of: Defendants' Motion for Summary Judgment (ECF No. 16), Plaintiff's Opposition thereto (ECF No. 17), and Defendants' Reply (ECF No. 20), it is hereby ORDERED as follows:

(1) Defendant Cianciulli's Motion for Summary Judgment is GRANTED as to Counts III and VI and DENIED as to Counts IV, V, VII, VIII, and IX;

(2) Defendant Lepore's Motion for Summary Judgment is DENIED in its entirety;

(3) On or before April 29, 2019, the parties shall either schedule a settlement conference with United States Magistrate Judge Lynne A. Sitarski, or participate in the Court-Annexed Mediation Program at no cost to either side. A list of approved mediators participating in the Program may be found at: http://www.paed.uscourts.gov/documents2/mediation; and,

(4) Within fourteen (14) days of settlement proceedings, the parties shall provide this Court with a jointly-prepared written status report, filed via the court's Electronic Case Filing system.

                              BY THE COURT:


                              /s/ C. Darnell Jones, II    J.